July 9, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

AMIR A. CHAMIE, Appellant

NO. 14-14-00226-CV            V.

CROTHALL HEALTHCARE, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Crothall Healthcare, Inc., signed March 3, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Crothall Healthcare, Inc.

We further order this decision certified below for observance.